CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| SHAUNT'E TENELL LEE,<br>Plaintiff, | ) ) ) | Civil Action No. 7:11cv00288 |
| v. | ) ) ) | **FINAL ORDER** |
| C/O BEAUDREAULT, et al.,<br>Defendants. | ) ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Lee's request to proceed in forma pauperis is **GRANTED**, this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 25th day of July, 2011.

_____
United States District Judge